UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:23-CV-00398-GNS

MARY EITEL                                                                                                    PLAINTIFF

v.

STOLL, KEENON, OGDEN PLLC
as successors-in-interest to Ogden, Robertson, Marshall                       DEFENDANT

## JUDGMENT

This matter is before the Court on Defendant's Motion to Dismiss (DN 21), and the Court on this date having issued its Memorandum Opinion and Order granting the motion.

**IT IS HEREBY ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

This is a final and appealable order.

Greg N. Stivers, Chief Judge
United States District Court

September 25, 2024

cc:     counsel of record